# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**DIRECTV, INC.,**

      **Plaintiff,**

      **vs.**
             **CIVIL ACTION**
             **No. 03-2543-GTV**

**BRAD GRAHAM, PATRICK O'CONNOR,**
**and JOSH WILTSHIRE,**

      **Defendants.**

## ORDER TO SHOW CAUSE

TO DEFENDANT PATRICK O'CONNOR:

The court, having examined the materials filed in the above-captioned case, finds that no response has been filed to <u>Plaintiff's Motion for Partial Summary Judgment Against Defendant O'Connor</u> (Doc. 117). Defendant O'Connor is hereby directed to show cause to the court in writing why Plaintiff's motion should not be granted as uncontested.

IT IS, THEREFORE, BY THE COURT ORDERED that Defendant O'Connor has ten (10) days from the date of this order to show cause to the court in writing why Plaintiff's motion should not be granted as uncontested.

Copies or notice of this order shall be transmitted to counsel of record and *pro se* Defendant O'Connor.

**IT IS SO ORDERED.**

Dated at Kansas City, Kansas, this 17th day of November 2004.

                                            <u>/s/ G. T. VanBebber</u>
                                            G. Thomas VanBebber
                                            United States Senior District Judge