IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

**FILED**

DEC 30 2004

RALPH L. DeLOACH, Clerk
By_____Deputy

| | |
|---|---|
| DIRECTV, Inc. )  | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 03CV-2543-GTV |
| ) | |
| BRAD GRAHAM, PATRICK O'CONNOR, ) | |
| and JOSH WILTSHIRE, ) | |
|     Defendants. ) | |

## DEFENDANT, PATRICK O'CONNOR MEMORANDUM TO SHOW CAUSE OF CONTESTMENT AGAINST MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW defendant, Patrick O'Connor, for its memorandum to show cause of contestment against motion for partial summary judgment, states as follow:

On November 3, 2003 defendant responded to plaintiff's accusations that defendant acquired and used two boot loaders to facilitate that unauthorized interception of DIRECTV's encrypted signal. I, Defendant, Patrick O'Connor, stated in this response that no boot loaders were ever acquired and thus making it impossible to use for said purpose. (Original response enclosed, exhibit A.)

I, Defendant, Patrick O'Connor, have and will contest all allegations by plaintiff, DIRECTV, as their allegations are solely based on belief and assumptions. I have not received, assisted in receiving, transmitting, or assisted in transmitting, any interstate or foreign communications by wire or radio. I do not have the means to intercept any signals from DIRECTV as stated in previous contestment, exhibit A and B. In addressing counts I, II, and IV, no damages have occurred against DIRECTV, or any other satellite communication provider, thus no summary judgment should be granted. DIRECTV, with respect, needs to prove any wrong doing, which has not occurred on my behalf. I feel that I have contested the accusations thoroughly enough, I am at a loss on how I can clarify the facts of what has taken place any more than I have already done.

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2004, a
Copy of the foregoing Motion to Show Cause was mailed,
Postage paid to the following:

Baty, Holm & Numrich P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
ATTORNEYS FOR PLAINTIFF

Clerk, US. District Court
259 Robert Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

_/s/ Patrick O'Connor_
Patrick O'Connor, Defendant

Patrick O'Connor
5405 N. Athenian
Wichita, KS 67204

November 4, 2003

DIRECTV, Inc.
C/o Baty, Holm, & Numrich, P.C.
Attn: Robert P. Numrich
4600 Madison Ave., Ste. 210
Kansas City, MO 64112

RE: Case number 03-2543-JWL

Dear Mr. Numrich,

      This letter is in regards to the summons sent to my home address by DIRECTV, Inc. in answer to the listed complaints. In 2001, I was interested in Satellite TV and tried to research it on the internet. I typed in "DDS" into the search engine and ddspro.com was one of the suggested sites. Once on the DDS Pro website, I found it to be very professional looking and it did not warn of any of its products being illegal. If I were trying to do this surreptitiously, I would not have used my credit card and attempted to have it shipped to my front door. I believe your accusations are somewhat accurate in reference to the time-frame of my order of the two terminator boot loaders, this being around June 19, 2001, being almost two and one-half years ago, I can't be positive. After ordering this product, I waited for approximately ten to twelve weeks for the shipment to arrive, but I never received it. I contacted someone at DDS Pro to find out where my shipment was, I don't know who I talked to, it might have been Mr. Li Sang, but he informed me that I should have received it months prior to me contacting him. I told him I did not and I believe this was mid-September. He said it was shipped UPS and that it should've needed a signature. I imagine he checked his records and didn't find a confirmation signature because he said he would resend the order. I then waited once again and no package arrived. This would have been near Christmas, because I had wanted to give one of the boot loaders as a gift (not knowing at the time that it was illegal) to a friend. I tried to re-contact the DDS Pro first through the website and could no longer access it and was no longer able to contact the gentleman at DDS Pro. I basically wrote the entire experience off as another dot-com scam.

      Over a year later, I started receiving harassing letters from DIRECTV, Inc. stating that I was stealing signals from the sky and was a criminal for doing so and would be prosecuted. I was scared at first because I thought I had done something wrong. However, I had not stolen any signal from DIRECTV, not to mention ever acquiring any such devices to do so and therefore had not done anything to deserve this harassment, so after receiving continuous threats from DIRECTV, I started to get angry that someone can be threatened and harassed in their own home for something they have never done. DIRECTV admits they have all shipping records in the "raids" on Mr. Li Sangs business. All they would have to do is see if I had ever received the package. I feel that DIRECTV

knows the truth but for some reason they are trying to scare me into settling with them on this bogus charge. The fact of the matter is that I have never possessed this equipment so I couldn't have used it to steal their signals. I did more research on this and by reading DIRECTV's letters and have found out I would have needed many more devices, none of which that I have, to receive the signals. I have never stole, nor will ever steal signals from any satellite company and demand this harassment to stop. I will file my response with this case number to the United States District Court as well as with the District Attorney's office for the State of Kansas. Since DIRECTV has all records of this transaction, I would like to see if they could assist me in getting a refund for the purchase that I never received. I look forward to hearing back from you.

Sincerely,

*[signature]*

Patrick O'Connor


CC: United States District Court

CC: State of Kansas, Office of the District Attorney,
    Consumer Protection and Antitrust Division


**EXHIBIT A**

Patrick O'Connor
5405 N. Athenian
Wichita, KS 67204

November 22, 2004

United States District Court
Attn: G. Thomas VanBebber
500 State Ave
Kansas City, KS 66101

RE: Case number 03-2543-GTV

To the Honorable G.T. VanBebber,

    This letter is to serve to contest all charges brought forth by DirectTV, Inc. I have not committed any wrongdoing that should warrant the continuance of this lawsuit. At the beginning of this lawsuit I wrote a letter to Mr. Numrich, attorney for DirectTV, and the District Court, that clearly disputed the charges. I explained that I did not even receive the boot loader, let alone have (or attempt to get) any of the other devices required to steal their signals I have enclosed a copy of the original letter that clearly explains everything. Quite simply stated, no signals were stolen from DirectTV, Inc, so no judgment should be placed.

    If you need any further explanations or have any questions, please call me at (316) 390-5050. Please accept my apologies for not attending the conference call; unfortunately I received the notification in the mail Monday night. I will answer any questions as directed by the court. Thank you for your consideration in this matter and allowing me to dispute the charges.

Sincerely,

*[signature]*

Patrick O'Connor


Enclosure


**EXHIBIT B**